# Order

Michigan Supreme Court
Lansing, Michigan

July 1, 2016

Robert P. Young, Jr.,
Chief Justice

152570(17)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROMANO DESHAWN LUKE,
      Defendant-Appellant.

SC: 152570
COA: 328693
Monroe CC: 12-039730-FH,
              12-039881-FH

_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on June 27, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2016



Clerk